IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| **DEBORAH E. ATKINS,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:13CV00057 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| **VIRGINIA DEPARTMENT OF** | ) | By: James P. Jones |
| **TRANSPORTATION,** | ) | United States District Judge |
| **COMMONWEALTH OF VIRGINIA,** | ) | |
| | ) | |
| Defendant. | ) | |

No timely objections having been filed to the Report and Recommendation of the magistrate judge filed February 11, 2015 (ECF No. 59), it is hereby **ORDERED** as follows:

1. The Report and Recommendation is fully ACCEPTED;

2. Plaintiff's Motion for Award of Attorneys' Fees and Costs (ECF No. 50) is GRANTED IN PART;

3. Plaintiff is hereby AWARDED attorneys' fees against Defendant in the amount of $90,741.00 and $3,171.57 in costs, for a total award of $93,912.57;

4. Plaintiff's action, having been finally determined by settlement and this award, is DISMISSED with prejudice; and

5. The clerk shall close the case.

ENTER: February 27, 2015

/s/ James P. Jones
United States District Judge